UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PARTYLITE GIFTS, INC.,

        Plaintiff,

vs.                                           Case No. 8:10-CV-1490-T-27EAJ

TARIE MACMILLAN,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 29) recommending that Defendant's motion to dismiss be denied. Defendant has filed no objections to the Report and Recommendation and the time for filing objections has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 29) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant's Moiton to Dismiss (Dkt. 15) is **DENIED**.

**DONE AND ORDERED** in chambers this __15th__ day of December, 2010.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of Record